[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14228
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80060-DMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARFIELD BIRMINGHAM,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 25, 2012)

Before CARNES, WILSON and FAY, Circuit Judges.

PER CURIAM:

Gary Kollin, appointed counsel for Garfield Birmingham, has filed a motion

to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Birmingham's conviction and sentence are **AFFIRMED.**